

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Katlyn L. Gregg, SBN 306078
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs
REMARK ENTERPRISES LLC and US CRYOTHERAPY DIRECT SALES LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMARK ENTERPRISES LLC and, US CRYOTHERAPY DIRECT SALES LLC, <br><br>Plaintiffs, <br><br>v. <br><br>MECOTEC GMBH and MECOTEC SALES GMBH <br><br>Defendants. | CASE NO. 2:16-cv-00755-JAM-CKD <br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO MODIFY ORDER; OR, IN THE ALTERNATIVE TO EXTEND TIME TO SERVE DEFENDANTS <br><br>Complaint Filed:   April 13, 2016 <br>Trial:                      N/A |

The Ex Parte Application to modify this Court's Order Requiring Joint Status Report [Docket 3]; or, in the alternative, to extend time to serve Defendants was entertained on an ex parte basis. The Court has reviewed the Ex Parte Application and found good cause to ~~either (a)~~ ~~grant Plaintiffs' request for a modification of its Order or (b)~~ extend time allowed for Plaintiffs to serve Defendants.

{01562173.DOCX}                                                    1
[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO MODIFY ORDER; OR, IN THE ALTERNATIVE TO EXTEND TIME TO SERVE DEFENDANTS

**IT IS HEREBY ORDERED** that this Court's Order Requiring a Joint Status Report [Docket 3] is modified to remove Paragraph 1 which mandated that Plaintiffs complete service of process on Defendants within ninety days of the date of filing the Complaint; ~~or, in the alternative~~, Plaintiffs are required to serve Defendants within 210 days of filing the Complaint. Plaintiffs are no longer required to serve Defendants within ninety days of filing the Complaint given Defendants' status as a foreign corporation.

Dated: 6-13-2016

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706