**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Katlyn L. Gregg, SBN 306078
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs
REMARK ENTERPRISES LLC and, US CRYOTHERAPY DIRECT SALES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMARK ENTERPRISES LLC and, US CRYOTHERAPY DIRECT SALES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MECOTEC GMBH and MECOTEC SALES GMBH,<br><br>Defendants | CASE NO. 2:16-cv-00755-JAM-CKD<br><br>**STIPULATION AND ORDER REGARDING THE ADMISSION OF ICC ARBITRATION TESTIMONY AT TRIAL**<br><br>Complaint Filed: April 13, 2016<br>Trial Date: April 2, 2018 |

Plaintiffs, Remark Enterprises LLC, US Cryotherapy Direct Sales LLC, and Defendants, Mecotec GmbH, and Mecotec Sales GmbH (collectively the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

**RECITALS**

A. In or around February, 2016, Defendant Mecotec GmbH filed a request for arbitration with the International Court of Arbitration ("ICC") in Europe against Remark Enterprises LLC claiming a breach of an exclusive distribution agreement which is at issue in the present case.

{01681859.DOCX} 1
STIPULATION AND ORDER REGARDING THE ADMISSION OF ICC ARBITRATION TESTIMONY AT TRIAL

B. On December 15, 2016, the Parties attended and took part in the ICC arbitration proceedings (the "Arbitration") held in Germany. Plaintiff Remark Enterprises LLC and Defendant Mecotec GmbH were represented by counsel at the Arbitration.

C. At the Arbitration, several witnesses testified, including a third party witness named Hanspeter Nitz. Mr. Nitz was subject to examination by counsel for Plaintiff Remark Enterprises LLC and Defendant Mecotec GmbH regarding the exclusive distribution agreement at issue in the present case.

D. The testimony given by Mr. Nitz relates to the issues to be decided at trial in the present case. However, due to illness, geographical distance, and this Court's lack of jurisdiction over Mr. Nitz, it is unlikely that Mr. Nitz will attend the trial in the present case.

E. As a result of the above, the Parties have agreed to admit the testimony of Mr. Nitz from the Arbitration, in its entirety, for use for any and all purposes at trial in the present case as set forth below.

F. The Parties stipulate to admit the Exclusive Distribution Agreement marked for purposes of the Arbitration as Claimant's Exhibit C-1 for use for any and all purposes at trial in the present case as set forth below.

G. The Parties further stipulate to admit the Letter of Intent marked for purposes of the Arbitration as Claimant's Exhibit C-8 for use for any and all purposes at trial in the present case as set forth below.

## **STIPULATION**

1. The testimony of Hanspeter Nitz from the International Court of Arbitration Case No. 21620, dated December 15, 2016 (attached hereto as **Exhibit A**) shall be admitted for use for any and all purposes at trial in the present case (the "**Stipulated Testimony**").

2. The Exclusive Distribution Agreement marked for purposes of the Arbitration as C-

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

1 and the Letter of Intent marked for purposes of the Arbitration as C-8 (the "**Exhibits**") shall be admitted for use for any and all purposes at trial in the present case.

3. This stipulation and agreement does not apply to any other exhibits marked at the Arbitration or to Mr. Nitz' "witness statement."

4. Any and all objections to the admissibility of the Stipulated Testimony for any purpose are hereby waived.

5. Any and all objections to the admissibility of the Exhibits for any purpose are hereby waived.

**IT IS SO STIPULATED:**

Dated: May 8, 2017                PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


By:   */s/ Martin N. Jensen*
      Martin N. Jensen
      Katlyn L. Gregg
      Attorneys for Plaintiffs


Dated: May 5, 2017                JEFFER MANGELS BUTLER &
                                  MITCHELL LLP


By:   */s/ Matthew S. Kenefick*
      Matthew S. Kenefick
      Afua Adjei
      Attorneys for Defendants
      MECOTEC GMBH and MECOTEC SALES GMBH

## **ORDER**

Good cause appearing, the Stipulated Testimony and the Exhibits shall be admitted for use for any and all purposes at trial in the present case. The Parties have waived all objections to the admissibility of the Stipulated Testimony for any purpose. The Parties have waived all objections to the admissibility of the Exhibits for any purpose.

**IT IS SO ORDERED.**

Dated: 5/8/2017 /s/ John A. Mendez_____
United States District Court Judge

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706