**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Katlyn L. Gregg, SBN 306078
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs,
REMARK ENTERPRISES, LLC and
US CRYOTHERAPY DIRECT SALES, LLC

JEFFER, MANGELS, BUTLER & MITCHELL, LLC
Matthew S. Kenefick, SBN 227298
Afua Adjei, SBN 300059
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813
MKenefick@JMBM.com
AfA@JMBM.com

Attorneys for Specially Appearing Defendants,
MECOTEC GMBH and MECOTECH SALES GMBH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMARK ENTERPRISES LLC and US CRYOTHERAPY DIRECT SALES LLC<br><br>Plaintiffs,<br><br>v.<br><br>MECOTEC GMBH and MECOTEC SALES GMBH<br><br>Defendants. | CASE NO. 2:16-cv-00755-JAM-CKD<br><br>**JOINT STIPULATION RE VACATING OCTOBER TRIAL DATE**<br><br>Judge Hon. John A. Mendez<br><br>Discovery Cutoff: May 26, 2017<br>Pretrial Conference: September 1, 2017<br>Trial Date: October 16, 2017 |

JMBM | Jeffer Mangels Butler & Mitchell LLP

Plaintiffs, Remark Enterprises LLC ("**Remark**"), US Cryotherapy Direct Sales LLC ("**Direct Sales**" collectively with Remark, "**Plaintiffs**"), and Defendants, Mecotec GMBH, and Mecotec Sales GMBH (collectively, **MecoTec**") (collectively the "**Parties**"), by and through their attorneys of record, hereby stipulate as follows:

## **RECITALS**

A. On January 27, 2016, MecoTec instituted arbitration proceedings in the International Chamber of Commerce against Plaintiffs (the "**ICC Arbitration**").

B. On April 13, 2016, Plaintiffs filed their Complaint against Defendants in the United States District Court, Eastern District of California, thereby commencing this Action.

C. On September 15, 2016, MecoTec filed its motion to compel Plaintiffs to arbitrate their disputes as part of the ICC Arbitration.

D. In opposition to MecoTec's motion to compel Plaintiffs to arbitrate their claims, Plaintiffs raised the argument that the underlying agreement which contained the arbitration clause at-issue (the "**Exclusive Distribution Agreement**") was a draft document and not an operative contract.

E. On November 23, 2016, the Court entered its Order Re Trial of Issues on Validity of Distribution Agreement (Document No. 30) Scheduling for October 16, 2017, a trial on the issue of whether the Exclusive Distribution Agreement was a draft agreement and binding on Remark. Pretrial conference was scheduled for September 1, 2017, with a joint pre-trial conference statement due on August 25, 2017. This order did not affect Direct Sales as the Court found that Direct Sales was not subject to the arbitration provisions of the Exclusive Distribution Agreement.

F. On June 8, 2017, the Final Award was issued in the ICC Arbitration.

G. Following issuance of the ICC Arbitration Final Award, the Parties have been negotiating a settlement and such negotiations are ongoing.

H. To permit furtherance of such negotiations, on August 22, 2017, Remark filed its Request for Dismissal of its Claims pursuant to Federal Rule of Civil Procedure 41, thereby requesting dismissal without prejudice of its claims that are being asserted in this lawsuit.

## STIPULATION

1. The Parties request that the October 16, 2017 trial date and September 1, 2017 pre-trial conference both be vacated.

2. The Parties request that the Court set a status conference to occur in approximately 90 days, on a date that is convenient for the Court, to address the remaining claims of Direct Sales if the Parties' settlement negotiations are unsuccessful.

**IT IS SO STIPULATED:**

Dated: August 25, 2017            PORTER SCOTT
                                  A PROFESSIONAL CORPORATION

                                  By:  */s/ Martin N. Jensen*
                                       Martin N. Jensen
                                       Katlyn L. Gregg
                                       Attorneys for Plaintiffs

Dated: August 25, 2017            JEFFER MANGELS BUTLER &
                                  MITCHELL LLP

                                  By:  */s/ Matthew S. Kenefick*
                                       Matthew S. Kenefick
                                       Afua Adjei
                                       Attorneys for Specially Appearing
                                       Defendants MECOTEC GMBH and
                                       MECOTEC SALES GMBH

**ORDER (AS MODIFIED BY THE COURT)**

The Court, having considered the Joint Stipulation Re Arbitration of Claims, hereby orders as follows:

1. The October 16, 2017 trial date in this matter is hereby vacated;

2. The September 1, 2017 pre-trial conference is hereby vacated;

3. A joint status report shall be filed on or before December 1, 2017 to address the status of Direct Sales' claims in this Action in the event that a global settlement is not reached by such date.

**IT IS SO ORDERED:**

Dated: 8/25/2017 /s/ John A. Mendez
United States District Court Judge