**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Katlyn L. Gregg, SBN 306078
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs,
REMARK ENTERPRISES, LLC and
US CRYOTHERAPY DIRECT SALES, LLC

JEFFER, MANGELS, BUTLER & MITCHELL, LLC
Matthew S. Kenefick, SBN 227298
Afua Adjei, SBN 300059
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813
MKenefick@JMBM.com
AfA@JMBM.com

Attorneys for Specially Appearing Defendants,
MECOTEC GMBH and MECOTECH SALES GMBH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMARK ENTERPRISES, LLC and, US CRYOTHERAPY DIRECT SALES, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>MECOTEC GMBH and MECOTEC SALES GMBH, <br><br>Defendants. | Case No.: 2:16-cv-00755-JAM-CKD <br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS BROUGHT BY REMARK ENTERPRISES, LLC AGAINST DEFENDANTS** <br><br>Judge Hon. John A. Mendez <br><br>Complaint Filed: April 13, 2016 <br>Trial: October 16, 2017 |

{01714037.DOCX}

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS
BROUGHT BY REMARK ENTERPRISES, LLC AGAINST DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, REMARK ENTERPRISES, LLC and Defendants, MECOTEC GMBH and MECOTECH SALES GMBH, that all of the claims brought by Plaintiff REMARK ENTERPRISES, LLC against Defendants be dismissed without prejudice with each party to bear their own attorneys' fees and costs; however, without prejudice to the Parties from seeking in a future action that results in a disposition on the merits, their fees and costs incurred in this Action.

Dated: August 25, 2017  PORTER SCOTT
A PROFESSIONAL CORPORATION

By: */s/ Martin N. Jensen*
 Martin N. Jensen
 Katlyn L. Gregg
 Attorneys for Plaintiffs,
 REMARK ENTERPRISES, LLC and US
 CRYOTHERAPY DIRECT SALES, LLC

Dated: August 25, 2017  JEFFER, MANGELS, BUTLER & MITCHELL, LLP

By: */s/ Matthew S. Kenefick*
 Matthew S. Kenefick
 Attorney for Defendants,
 MECOTEC GMBH and MECOTEC SALES GMBH

## ORDER

**IT IS SO ORDERED.**

Dated: 8/25/2017  /s/ John A. Mendez
 HONORABLE JUDGE
 U.S. DISTRICT COURT
 EASTERN DISTRICT OF CALIFORNIA

{01714037.DOCX}  1

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS
BROUGHT BY REMARK ENTERPRISES, LLC AGAINST DEFENDANTS**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706