**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs,
REMARK ENTERPRISES, LLC and
US CRYOTHERAPY DIRECT SALES, LLC

JEFFER, MANGELS, BUTLER & MITCHELL, LLC
Matthew S. Kenefick, SBN 227298
Afua Adjei, SBN 300059
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813
MKenefick@JMBM.com
AfA@JMBM.com

Attorneys for Specially Appearing Defendants,
MECOTEC GMBH and MECOTECH SALES GMBH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REMARK ENTERPRISES LLC and, US CRYOTHERAPY DIRECT SALES LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MECOTEC GMBH and MECOTEC SALES GMBH,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-00755-JAM-CKD<br><br>**JOINT STATUS REPORT**<br><br>Judge Hon. John A. Mendez<br><br>Complaint Filed:　April 13, 2016<br>Trial:　　　　　　April 2, 2018 |

　　　　Plaintiffs, Remark Enterprises LLC ("**Remark**"), US Cryotherapy Direct Sales LLC ("**Direct Sales**" collectively with Remark, "**Plaintiffs**"), and Defendants, Mecotec GMBH, and

{01748131.DOCX}　　　　　　　　　　　　　　　1

**JOINT STATUS REPORT**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

Mecotec Sales GMBH (collectively, **MecoTec**") (collectively the "**Parties**"), by and through their attorneys of record, hereby stipulate as follows:

## **RECITALS**

A. On January 27, 2016, MecoTec instituted arbitration proceedings in the International Chamber of Commerce against Plaintiffs (the "**ICC Arbitration**").

B. On April 13, 2016, Plaintiffs filed their Complaint against Defendants in the United States District Court, Eastern District of California, thereby commencing this Action.

C. On September 15, 2016, MecoTec filed its motion to compel Plaintiffs to arbitrate their disputes as part of the ICC Arbitration.

D. In opposition to MecoTec's motion to compel Plaintiffs to arbitrate their claims, Plaintiffs raised the argument that the underlying agreement which contained the arbitration clause at-issue (the "**Exclusive Distribution Agreement**") was a draft document and not an operative contract.

E. On November 23, 2016, the Court entered its Order Re Trial of Issues on Validity of Distribution Agreement (Document No. 30) Scheduling for October 16, 2017, a trial on the issue of whether the Exclusive Distribution Agreement was a draft agreement and binding on Remark. Pretrial conference was scheduled for September 1, 2017, with a joint pre-trial conference statement due on August 25, 2017. This order did not affect Direct Sales as the Court found that Direct Sales was not subject to the arbitration provisions of the Exclusive Distribution Agreement.

F. On June 8, 2017, the Final Award was issued in the ICC Arbitration.

G. Following issuance of the ICC Arbitration Final Award, Remark has moved to enter its judgment in Germany.

H. Remark contends that MecoTec has a payment obligation to Remark related to the ICC judgment in Germany.

I. The Parties are continuing to discuss the concept of a global settlement.

{01748131.DOCX}　　　　　　　　　　　　　　2
**JOINT STATUS REPORT**

## STIPULATION

1. The Parties request that the Court set a status conference to occur in approximately 60 days, on a date that is convenient for the Court, to address the remaining claims of Direct Sales if the Parties' settlement negotiations are unsuccessful.

**IT IS SO STIPULATED:**

Dated: December 4, 2017        PORTER SCOTT
                               A PROFESSIONAL CORPORATION


                               By:   */s/ Martin N. Jensen*
                                     Martin N. Jensen
                                     Lauren E. Calnero
                                     Attorneys for Plaintiffs


Dated: December 1, 2017        JEFFER MANGELS BUTLER & MITCHELL LLP


                               By:   */s/ Matthew S. Kenefick*
                                     Matthew S. Kenefick
                                     Afua Adjei
                                     Attorneys for Specially Appearing
                                     Defendants MECOTEC GMBH and
                                     MECOTEC SALES GMBH

## **ORDER**

The Court, having considered the Joint Stipulation, hereby orders as follows:

1. A joint status report shall be filed on or before January 19, 2018 to address the status of Direct Sales' claims in this Action in the event that a global settlement is not reached by such date. The Court will consider at the time of the filing of the joint status report whether a status conference will be set.

**IT IS SO ORDERED.**

Dated: December 4, 2017 /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge