**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, SBN 232231
Lauren E. Calnero, SBN 284655
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Plaintiffs,
REMARK ENTERPRISES, LLC and
US CRYOTHERAPY DIRECT SALES, LLC

JEFFER, MANGELS, BUTLER & MITCHELL, LLC
Matthew S. Kenefick, SBN 227298
Afua Adjei, SBN 300059
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111-3813
MKenefick@JMBM.com
AfA@JMBM.com

Attorneys for Specially Appearing Defendants,
MECOTEC GMBH and MECOTECH SALES GMBH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMARK ENTERPRISES LLC and, US CRYOTHERAPY DIRECT SALES LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MECOTEC GMBH and MECOTEC SALES GMBH, <br><br> Defendants. | CASE NO. 2:16-cv-00755-JAM-CKD <br><br> **STIPULATION FOR DISMISSAL AND ORDER** <br><br> Judge Hon. John A. Mendez <br><br> Complaint Filed: April 13, 2016 <br> Trial: April 2, 2018 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Remark Enterprises LLC ("**Remark**"), US Cryotherapy Direct Sales LLC ("**Direct Sales**" collectively with Remark, "**Plaintiffs**"), by and through their undersigned counsel, and Defendants, Mecotec

{01790622.DOCX} 1

**STIPULATION FOR DISMISSAL AND ORDER**

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

GMBH, and Mecotec Sales GMBH (collectively, **MecoTec**") (collectively the "**Parties**"), by and through their undersigned counsel, that all of the remaining claims by Plaintiffs alleged against MecoTec (the "Direct Sales" claims) be dismissed with prejudice, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs, as a result of a global settlement reached by the parties.  This Stipulation and Dismissal obviates the need for any additional Joint Status Report by the Parties currently due March 20, 2018, as well as the scheduling of any related Status Conference.

**IT IS SO STIPULATED.**

Dated:  March 16, 2018                         PORTER SCOTT
                                               A PROFESSIONAL CORPORATION

                                               By:    */s/ Martin N. Jensen*
                                                      Martin N. Jensen
                                                      Lauren E. Calnero
                                                      Attorneys for Plaintiffs

Dated:  March 15, 2018                         JEFFER MANGELS BUTLER & MITCHELL LLP

                                               By:    */s/ Matthew S. Kenfick*
                                                      Matthew S. Kenefick
                                                      Afua Adjei
                                                      Attorneys for Specially Appearing
                                                      Defendants MECOTEC GMBH and
                                                      MECOTEC SALES GMBH

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: 3/16/2018

                                               /s/ John A. Mendez_____
                                               Honorable John A. Mendez
                                               Judge of the United States District Court for the
                                               Eastern District of California

{01790622.DOCX}                                2

**STIPULATION FOR DISMISSAL AND ORDER**